# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| SEGUN AKERELE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:22-cv-13 |
| | * | |
| v. | * | |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY; and IMMIGRATION AND CUSTOMS ENFORCEMENT, | * * * | |
| | * | |
| Respondents. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 12.  Petitioner Segun Akerele ("Akerele") did not file Objections to this Report and Recommendation.  In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No Longer Here," and "Return to Sender, Not Deliverable as Addressed, Unable to Forward."  Dkt. No. 13 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Akerele's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow this Court's Orders and

Local Rules, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Akerele *in forma pauperis* status on appeal.

**SO ORDERED**, this 9 day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)