AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SEGUN AKERELE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:22-cv-13

DEPARTMENT OF HOMELAND SECURITY; and
IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 9, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is dismissed, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

Date: May 10, 2022

Clerk: John E. Triplett

(By) Deputy Clerk

GAS Rev 10/1/03